

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

SEP 2 4 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Martinez, George<br><br>DEFENDANT(S). | CASE NUMBER  SACR 13-99<br>SACR 13-168 ✓<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of ___def___, IT IS ORDERED that a detention hearing is set for ___Thursday, 9/26/13___, at ___3:00___ ☐a.m. / ☒p.m. before the Honorable ___Robert N Block___, in Courtroom ___6B___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___9/24/13___

_____  ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge